**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02333-LTB-PAC

STATE FARM FIRE AND CASUALTY COMPANY, Individually and as Subrogee of Mountain Vista Townhome Association, Sharon Trapp, Rhonda Taylor, and Kenneth and Mary Carter,
         Plaintiffs,

v.

MR. HEATER, INC.,
         Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal With Prejudice (filed July 6, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Chief Judge

DATED: July   6  , 2005

1